# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR266

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DAVID DOMINGUEZ ) | |

**THIS MATTER** is before the Court on the Defendant's objections to the Memorandum and Recommendation of United States Magistrate Judge Dennis L. Howell. Pursuant to 28 U.S.C. § 636, the undersigned referred the Defendant's motion to suppress to the Magistrate Judge for a memorandum and recommendation. The Magistrate Judge recommended that the motion be denied.

A district court conducts a *de novo* review of those portions of a Memorandum and Recommendation to which specific objections are filed. **28 U.S.C. § 363(b).** Where no objection is made, the Court need "'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" ***Diamond v. Colonial Life & Accident Ins.***

***Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72. Advisory Committee Note).** Here, only a general objection has been made. Thus, the objecting party has, in essence, asked this Court to conduct a *de novo* review of the entire record.

"Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." ***Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quotations omitted).** "A general objection to the entirety of the magistrate's report has the same effects as would a failure to object. The district court's attention is not focused on any specific issues for review, thereby making the initial reference to the magistrate useless." ***Howard v. Sec'y of HHS*, 932 F.2d 505, 509 (6th Cir. 1991).** Boilerplate objections without any citation to case law or the record do not warrant *de novo* review. ***Wells v. Shriners Hosp.*, 109 F.3d 198, 200 (4th Cir. 1997).** "In this Circuit, *de novo* review is unnecessary 'when a party makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations.'" ***Hyatt v. Town of Lake Lure*, 314 F.Supp.2d 562 (W.D.N.C. 2003), *aff'd*,**

**114 Fed. Appx. 72 (4th Cir. 2004);** *see also, Lockert v. Faulkner*, **843 F.2d 1015, 1019 (7th Cir. 1988).**

Having conducted a careful review, the Court finds the Memorandum and Recommendation should be affirmed.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to suppress is hereby **DENIED**.

Signed: February 2, 2006

Lacy H. Thornburg
United States District Judge