# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR266

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DAVID DOMINGUEZ ) | |

**THIS MATTER** is before the Court on motion of the Buncombe County Department of Social Services to quash a subpoena issued on behalf of the Defendant on February 21, 2006.

Having reviewed the Department's documents requested by the subpoena and at issue in this matter,

**IT IS, THEREFORE, ORDERED** that the motion to quash is hereby **ALLOWED**.

Signed: March 6, 2006

Lacy H. Thornburg
United States District Judge