**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  1:05CR266**


**UNITED STATES OF AMERICA**   )
                                     )
                                     )
       **VS.**                   )          **O R D E R**
                                     )
                                     )
**DAVID DOMINGUEZ**         )
_____)


     **THIS MATTER** is before the Court on Defendant's motion in limine to exclude any evidence that the Defendant may have committed other crimes, wrongs or acts and to exclude evidence or testimony that is covered by the marital privilege.

     For the reasons stated in open court,

     **IT IS, THEREFORE, ORDERED** that the Defendant's motion in limine is hereby **DENIED.**

2

Signed: March 6, 2006

Lacy H. Thornburg
United States District Judge