# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

UNITED STATES OF AMERICA

V.

DAVID DOMINGUEZ

JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:05cr266

FILED
ASHEVILLE, N. C.
MAR - 9 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

The Defendant was found not guilty on Counts 1 & 2. Count 3 was dismissed. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Lacy H. Thornburg
United States District Judge
March 8, 2006